UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCMILLAN,<br><br>    Plaintiff,<br><br>v.<br><br>STUBHUB INC., et al.,<br><br>    Defendants. | Case No. 20-cv-06392-HSG<br><br>**ORDER CLOSING MEMBER CASES** |
| DIANE REYNOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>STUBHUB INC., et al.,<br><br>    Defendants. | Case No. 20-cv-07040-HSG |

On August 6, 2020, the Judicial Panel on Multidistrict Litigation transferred several cases against StubHub for coordinated or consolidated pretrial proceedings with related actions already pending before this Court. *See In re: StubHub Refund Litigation*, Case No. 20-md-02951-HSG, Dkt. No. 1. On August 21, 2020, the Court consolidated *Alcaraz v. StubHub, Inc.*, Case No. 4:20-02595 (N.D. Cal.), *Kopfmann v. StubHub, Inc.*, Case No. 4:20-03025 (N.D. Cal.), and *Wood v. StubHub, Inc.*, Case No. 4:20-04125 (N.D. Cal.), with *Reynolds v. StubHub*, Case No. 1:20-03508 (S.D.N.Y.), and *McMillan v. StubHub*, Case No. 3:20-00319 (W.D. Wis.), for pretrial purposes. *See In re: StubHub Refund Litigation*, Case No. 20-md-02951-HSG, Dkt. No. 13. Since then, member cases *Reynolds v. StubHub*, Case No. 4:20-07040, and *McMillan v. StubHub*, Case No. 4:20-06392, were transferred from the Southern District of New York and the Western District of Wisconsin respectively. The clerk is directed to administratively close the member cases

1  *Reynolds*, Case No. 4:20-07040, and *McMillan*, Case No. 4:20-06392.

2  **IT IS SO ORDERED.**

3  Dated: 10/21/2020

4  _____
   HAYWOOD S. GILLIAM, JR.
5  United States District Judge